**Declaration of Richard Diklich**

1. I am Richard Diklich, Instructor of Automotive Technology at Longview Community College in Lee's Summit, Missouri. I received a Bachelor of Science in Industrial Technology from Kansas State College of Pittsburg, Kansas, graduating in 1966. I majored in Automotive Technology and minored in Business Administration. I have received extensive technical training courses and seminars from General Motors, Ford Motor Company, Chrysler Motors, Toyota Motor Sales, and I-CAR.

2. After graduating from college, I worked as a Quality Control Supervisor and Product Test Technician for Ford Motor Company at its Kansas City Assembly Plant, and in Claycomo, Missouri, from 1966 until 1972. In that capacity I supervised assembly quality inspectors in all areas of vehicle construction involving both passenger cars and trucks.

3. Since 1972, I have been an Instructor of Automotive Technology at Longview Community College. The department has eight full time instructors and approximately 160 students, offering Associate in Science degrees and Certificates in Automotive Technology. I served as the Department Chair from 1983 to 1989, and in 2000. The program was rated first in the United States by the Motor Vehicle Manufacturers' Association in 1989, and first in the region by the United States Department of Education, Region 7, in 1990. My daily activities at Longview include classroom instruction and shop repair procedures on automobiles and light and medium duty trucks.

4. From 1978 to the present, I have been a general partner or owner in a series of businesses that have become increasingly involved in providing expert advice on both mechanical and valuation issues involving vehicles that have suffered physical damage or title problems that affect value. In recent years these services have included providing technical services, mechanical

inspections, expert testimony, and trial support services to automotive service contract administrators, insurance companies, automotive dealerships, attorneys, shop owners, and governmental agencies. Other services include providing inspection facilities and support for engineers for vehicle disassembly and evaluation, storage of vehicles as evidence to maintain chain of custody, and construction of demonstrative exhibits for testing and trial use.

5. My expertise includes: analysis of service failures of vehicle systems including engines, transmissions, brake, steering, electrical and fuel systems; analysis of service history; vehicle valuation; determination of vehicle condition prior to sale; and odometer tampering inspection.

6. I have been recognized by state and federal courts as an expert in vehicle valuation. My expertise is maintained by, among other things, attendance at wholesale auto auctions, comparison pricing of vehicles in the open market, discussion with used car sales managers, review of industry publications, conducting and teaching vehicle repairs, and by performing valuations of vehicles for consumers and insurance companies.

7. Below I provide some observations and opinions relating to the effect on value of a motor vehicle which has a title which indicates that the mileage shown on the odometer is not the actual mileage of the vehicle (a "Not Actual Mileage title").

**Effect of Not Actual Mileage Title**

8. A vehicle with a Not Actual Mileage title does not have the same value in the marketplace as does a vehicle with the same odometer reading and a clean title. The diminution in value in most cases will be 40% to 50% of fair market value. This is true whether the vehicle is being sold at wholesale or retail.

9. Guidebooks that provide values for used cars (such as the *N.A.D.A. Official Used Car Guide®*, the *Kelley Blue Book®*, or the *Black Book Official Used Car Guide®)* do not provide

-2-

accurate guidelines for calculating diminution in value caused by a Not Actual Mileage title. Excessive mileage tables in such guides are all based on vehicles that are normal in physical condition and in condition of title, but have accrued verifiable mileage in excess of the amount expected for the age of the vehicle. Mileage deductions in such guidebooks do not include any consideration for a Not Actual Mileage title. Such guidebooks typically state that the loss in value associated with high mileage should not exceed 50% of value.

10. A Not Actual Mileage title will often lead a dealer to refuse to accept a vehicle as a trade-in, or at a minimum will cause a dealer to offer a steep reduction in the amount offered for the trade-in. A consumer loses bargaining power with the dealer in attempting to sell or trade-in any vehicle with a Not Actual Mileage title.

11. Consumers face other difficulties when their vehicle has a Not Actual Mileage title. These factors contribute to the loss in value of a vehicle with such a title.

a. Financial institutions, even those that normally engage in vehicle financing, often will not loan money on a Not Actual Mileage title vehicle. These institutions take the position that the vehicle is in essence "damaged goods," so if the vehicle is repossessed, the financial institution will be unable to obtain full value for the vehicle.

b. Extended service contract companies will not provide coverage on Not Actual Mileage title vehicles. This is because contract eligibility is extremely mileage sensitive, as the logical expectation is that a vehicle with greater mileage will have accumulated wear resulting in more frequent and higher cost repairs.

c. Manufacturer warranties are time and mileage sensitive. Most manufacturers will not honor a warranty claim on a Not Actual Mileage vehicle. This issue becomes more important as warranties run longer. Some vehicles now have one hundred thousand-mile warranties, and

-3-

many have fifty to seventy thousand-mile paint and rust-through warranties. In addition, some vehicles have emissions warranties up to 80,000 miles which cover certain components associated with emission controls, such as the catalytic converter, on-board computer, and OBDII system (OBDII is the second generation "On Board Diagnostics," a system that monitors fuel and emission related components on the vehicle that can affect emission performance). A vehicle with a Not Actual Mileage title will lose the value of such warranties.

d. Insurance companies will not pay out full value on a total loss settlement for such a vehicle, because the value attributed to the vehicle will be reduced due to the branded title.

e. In many states, ad valorem taxes are based on vehicle book value. Therefore, a Not Actual Mileage title may cause the state or county to incorrectly value a vehicle and collect excessive taxes for any number of years.

f. State and local sales taxes are based on the sales price. If the sales price was incorrect due to the hiding or later appearance of a Not Actual Mileage title, then the amount of tax collected on the artificially high price of the car based on false high-mileage would have been excessive.

I declare under penalty of perjury that the foregoing is true and correct. 28 U.S.C. § 1746.

Dated: _October 25, 2002_                    _Richard Diklich_
                                             RICHARD DIKLICH
                                             Automotive Technical Support Services
                                             12119 Fishing River Lane
                                             Liberty, Missouri 64068